IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:05-CV-42-H(2)

FILED
DEC 16 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| SAMANTHA RENEE WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TYCO PLASTICS, INC., and | ) |
| TYCO PLASTICS LIMITED | ) |
| PARTNERSHIP (LP), | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Fed. R.Civ.P., it is stipulated by all parties that this action be voluntarily dismissed with prejudice by plaintiff. Each party will bear its own costs, including attorneys' fees.

Respectfully submitted, this the 16th day of December, 2005.

*[signature]*

Steven M. Fisher, Esq.
Steven M. Fisher Attorney At Law
315 South Evans St. Suite A
Greenville, NC 27858
Phone: (252) 757-3366
Fax: (252) 752-2784

*Attorney for Plaintiff*

1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: *[signature: Kevin S. Joyner]*
Gregory P. McGuire
N.C. State Bar No. 14237
greg.mcguire@ogletreedeakins.com
Kevin S. Joyner
N.C. State Bar No. 25605
kevin.joyner@ogletreedeakins.com
P.O. Box 31608
Raleigh, NC 27622
919.787.9700
919.783.9412 (fax)

*Attorneys for Defendants*

2